THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERITEK USA, INC., *et al.*,

                    Plaintiffs,

      v.

CONCEPTRA BIOSCIENCES, LLC, *et al.*,

                    Defendants.

CASE NO. C23-1090-JCC

ORDER

This matter comes before the Court on Defendants' motion to seal (Dkt. No. 53) their motion for attorney fees (Dkt. No. 54). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in the materials at issue, these criteria are met here. Accordingly, the motion to seal (Dkt. No. 53) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 54 under seal.

//

//

//

ORDER
CR23-1090-JCC
PAGE - 1

1     DATED this 16th day of January 2024.

2

3

4

5                                John C. Coughenour
                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR23-1090-JCC
PAGE - 2